UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No.  20-cv-00959-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **August 14, 2020 at 3:00 PM.**
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **December 18, 2020**

DESIGNATION OF EXPERTS: **March 22, 2021**; REBUTTAL: **March 31, 2020**;
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **April 30, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by: **January 29, 2021**;
　　　Opp. Due: **February 12, 2021**; Reply Due: **February 19, 2021**;
　　　and set for hearing no later than **March 22, 2021  at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **May 25, 2021 at 3:30 PM.**

BENCH TRIAL DATE: **June 7, 2021 at 8:30 AM**.
　　　Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: May 26, 2020

_____
SUSAN ILLSTON
United States District Judge