United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>Defendant. | Case No. 20-cv-00959-SI<br><br>**ORDER RE: APPOINTMENT OF MARTIN QUINN AS SPECIAL MASTER FOR DISCOVERY** |

Pursuant to Federal Rule of Civil Procedure 53(b)(1), the Court hereby provides the parties notice that it intends to appoint Martin Quinn of JAMS as a Special Master to oversee discovery in this case, unless the parties agree on a different individual. If the parties wish to jointly propose a different individual to act as Special Master, the parties shall file a letter doing so no later than December 15, 2021.

**IT IS SO ORDERED**.

Dated: December 7, 2021

SUSAN ILLSTON
United States District Judge