UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>Defendant. | Case No. 20-cv-00959-SI<br><br>**ORDER RE: APPOINTMENT OF MARTIN QUINN AS SPECIAL MASTER** |

In an order filed December 7, 2021, the Court informed the parties that it intended to appoint Martin Quinn of JAMS as a special master for discovery, and that if the parties wished to jointly propose an alternative individual, they could do so by letter filed by December 15. The parties did not propose an alternative special master, and as such, the Court will proceed with the appointment of Mr. Quinn.

The Court requests that Mr. Quinn file an affidavit pursuant to Federal Rule of Civil Procedure 53(a)(2) and 53(b)(3), stating whether there is any basis that would require disqualification of a judge under 28 U.S.C. § 455. Upon the filing of such an affidavit, and if there is no disqualification, the Court will enter an order appointing Mr. Quinn.

The Clerk shall serve a copy of this order on Mr. Quinn at JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111, and by e-mail to Mr. Quinn's case manager at schan@jamsadr.com.

**IT IS SO ORDERED**.

Dated: December 16, 2021

SUSAN ILLSTON
United States District Judge