UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>Defendant. | Case No. 20-cv-00959-SI<br><br>**ORDER RE: PRETRIAL PAPERWORK AND MOTIONS IN LIMINE** |

The final pretrial conference is scheduled for April 5, 2022 at 3:30 p.m., and a bench trial is scheduled to begin April 11, 2022. The parties have contacted the Court's Clerk because counsel have different opinions about when the pretrial paperwork is due. As the Clerk advised in her email to counsel, and as per the Court's Pretrial Instructions, the following are due by **5 p.m. on March 28, 2022**: (1) the joint pretrial conference statement; (2) each party's proposed findings of fact and conclusions of law; (3) stipulations regarding admissibility of exhibits (the remainder of what is listed under "Exhibits" in the Pretrial Instructions can be provided after the April 5 final pretrial conference). **Motions in limine must be filed by 5 p.m. on March 22, and oppositions must be filed by 3 p.m. on March 28.**

In a separate order, the Court has denied AmGUARD's motion for summary judgment, and informed the parties that in the interest of judicial efficiency it intends to bifurcate the bench trial. Phase 1 shall focus on AmGUARD's claims and affirmative defenses related to rescission, misrepresentation, and fraud and concealment, as well as Starr's defenses thereto; phase 2, if necessary, shall address all remaining matters. **The parties' pretrial filings, including motions in limine, shall be limited to phase 1 matters.** If phase 2 of the bench trial is required, the Court will set a further pretrial schedule on those matters.

Throughout this case, the Court has received an excessive number of inquiries from counsel

regarding rules of federal practice.  All counsel are advised to familiarize themselves with (1) the Federal Rules of Civil Procedure; (2) the Federal Rules of Evidence; (3) the Northern District's Civil Local Rules; and (4) this Court's Pretrial Instructions and Standing Orders.

**IT IS SO ORDERED**.

Dated: March 15, 2022

SUSAN ILLSTON
United States District Judge